PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Earl Kirkland, Jr.

**Docket Number:** 07-00379-001
**PACTS Number:** 30665

**Name of Judicial Officer:** Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 11/08/2001

**Original Offense:** Distribution of Cocaine Base

**Original Sentence:** 87 months imprisonment; 4 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 12/04/2007

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision conditions which state '**You shall not commit another federal, state, or local crime.**' and '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|  | On July 11, 2008, Kirkland was arrested along with Marcus Kimble and Lawrence Torrence by officers of the Fort Lee Police Department after they were found to be in possession of cocaine. Kirkland was subsequently charged with possession with intent to distribute cocaine and possession of drug paraphernalia. |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |

|   |   |
|---|---|
|   | On July 11, 2008, Kirkland associated with Lawrence Torrence and Marcus Kimble, a convicted felon. Kirkland associated with Kimble without the permission of the probation office. Additionally, at the time of the offender's association with Kimble and Torrence they were engaged in the criminal act of being in possession of cocaine. |
| 3 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
|   | On July 11, 2008, Kirkland traveled out of the District of New Jersey to New York City without the permission of the probation office. |

I declare under penalty of perjury that the foregoing is true and correct.

s/Paul E. Choinski
By: Paul E. Choinski
U.S. Probation Officer
Date: 07/22/2008

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7-24-08
Date