UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-00379-001 |
| v. | : ORDER TO EXTEND TIME TO SELF SURRENDER |
| ROBERT KIRKLAND | : |

This matter having come before the Court on the application of defendant Robert Kirkland, by Peter M. Carter, Esq., Assistant Federal Public Defender, for an order extending the time for self surrender

IT IS, THEREFORE, on this the 30th day of December, 2008

ORDERED that the date for self surrender shall be extended until February 9, 2009, and that Mr. Kirkland shall self surrender to the Bureau of Prisons on that date.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge