UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-00379-001 |
| | : |
| | : <u>ORDER TO EXTEND TIME TO SELF</u> |
| v. | : <u>SURRENDER</u> |
| | : |
| | : |
| ROBERT EARL KIRKLAND | : |

This matter having come before the Court on the application of defendant Robert Earl Kirkland, by Peter M. Carter, Esq., Assistant Federal Public Defender, for an order extending Mr. Kirkland's time to self-surrender.

IT IS, THEREFORE, on this the 6th day of February, 2008

ORDERED that Mr. Jacques time to self-surrender shall be extended until March 9, 2009 and the Court will not entertain any further adjournments of this matter.

_____
HONORABLE JOSE L. LINARES

United States District Court Judge